UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: UNIVERSITY OF SOUTH
FLORIDA

UNIVERSITY OF SOUTH
FLORIDA, for Exoneration from
Or Limitation of Liability as
Owner of a 1998 Avon 18' Power
Boat,

    Plaintiff.                       Case No. 8:09-cv-197-T-30MAP
_____/

## ORDER OF DISMISSAL

The Court has been advised via a Notice of Filing Stipulation to Notice of Settlement (Dkt. #4) that the above-styled action has been settled. Accordingly, pursuant to Local Rule 3.08(b) of the M.D.Fla., it is

**ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED** without prejudice subject to the right of any party to re-open the action within <u>sixty (60) days</u> of the date of this order, to submit a stipulated form of final order or judgment should they so choose **or** for any party to move to reopen the action, *upon good cause shown*. After that 60-day period, however, dismissal shall be with prejudice. All pending motions, if any, are **DENIED** as moot. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Tampa, Florida on June 26, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record
Jacob J. Munch, Esq., Attorney for Brian Huynh,
    600 South Magnolia Avenue #325, Tampa, FL 33606

F:\Docs\2009\09-cv-197.dismissal 4.wpd